UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DARRYL MORTON,

                Plaintiff,

    -v-

NEW YORK UNIVERSITY, FOUNTAIN WALKER,
JODY WALKER, and ANDREW MCMAHAN,

                Defendants.
------------------------------------------------------------------X

24-CV-08569 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated January 21, 2025, ECF No. 9, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by March 4, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 7, 2025**.

      SO ORDERED.

Dated: March 5, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge