**FORDHARRISON**

300 Connell Drive | Suite 4100
Berkeley Heights, New Jersey 07922
Tel 973-646-7300 | Fax 973-646-7301

Writer's Direct Contact:
MARK A. SALOMAN
973-646-7305
msaloman@fordharrison.com

March 10, 2025

**VIA ECF**

The Honorable Jeannette A. Vargas, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

  **Re: *Darryl Morton v. New York University, et al., 24-CV-08569***

Your Honor:

  The Parties submit this supplemental status letter pursuant to Your Honor's January 21, 2025 scheduling order [ECF 9].

  A mediation was held today, March 10, 2025, at which time a settlement was reached. A formal settlement agreement is expected to be completed and executed by all parties within sixty (60) days. Accordingly, the parties respectfully request the Court adjourn the March 11, 2025 pre-trial conference to allow the parties time to coordinate the agreement.

  On behalf of all parties, we appreciate your attention to this matter.

        Respectfully submitted,

        FORD & HARRISON LLP

        /s/ *Mark A. Saloman*

        MARK A. SALOMAN
        Office Managing Partner

MAS/leb